THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE ATKINSON, Appellant.

Submitted November 28, 2005; decided December 15, 2005

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH LITTLE, Appellant.

Submitted December 12, 2005; decided December 15, 2005

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division denying leave to appeal to that court pursuant to CPL 460.15.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSTON NICHOLSON, Appellant.

Submitted December 12, 2005; decided December 15, 2005

Motion by Criminal Appeals Bureau of Legal Aid Society of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.